1067

**No. P69/40.**—Dowst Manufacturing Company *v.* United States, protests 65/15758–15082, etc. (Chicago).

Maletz, J.  In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of electric motors similar in all material respects to those the subject of *Gamble Vargish & Co., dba Seabury & Co.* v. *United States* (57 Cust. Ct. 448, C.D. 2834), the claim of the plaintiff was sustained.

**No. P69/41.**—Associated Dry Goods Corp. (Lord & Taylor Div.) *v.* United States, protests 66/8838 and 66/22459 (New York).

Maletz, J.  In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of Christmas light strings similar in all material respects to those the subject of *Gallagher & Ascher Company* v. *United States* (57 Cust. Ct. 348, C.D. 2813), the claim of the plaintiff was sustained.

**No. P69/42.**—Kurt S. Adler, Inc. *v.* United States, protest 66/4998 (New York).

Maletz, J.  In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of plastic water balls similar in all material respects to those the subject of *Ace Importing Co., Inc.* v. *United States* (50 Cust. Ct. 226, Abstract 67488), the claim of the plaintiff was sustained.

**No. P69/43.**—Yamaha Int. Corp. *v.* United States, protest 67/50851 (Los Angeles).

Maletz, J.  In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of chord organs similar in all material respects to those the subject of *Excelsior Accordions, Inc.* v. *United States* (48 Cust. Ct. 148, C.D. 2328), the claim of the plaintiff was sustained.